JUNE 29, 1939

No. 41776.— —Protest 968587–G of Elite Import Co., Inc. Abstract 41154. Application by Government for rehearing denied.